UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK EARL WHITE,

    Plaintiff,

v.

CORIZON, INC. et al.,

    Defendants.
_____/

Case No. 1:19-cv-948

Hon. Hala Y. Jarbou

## ORDER

On October 14, 2021, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendant R.N. Stillman's motion for summary judgment (ECF No. 76) be granted and that she be dismissed from this case. (ECF No. 84). The R&R was duly served on the parties. The deadline for filing objections expired on October 28, 2021. The Plaintiff filed a concurrence in which he agreed with the R&R on November 4, 2021 (ECF No. 87). On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 84) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant R.N. Stillman's motion for summary judgement (ECF No. 76) is **GRANTED** and she is **DISMISSED** from this case.

Date:  November 16, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE